**No. 63669.**—A. U. T. Customs Brokers, Inc., et al. *v.* United States, protests 58/7200, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiffs was sustained.

**No. 63670.**—Charles Orlando & Co. et al. *v.* United States, protests 59/11984, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of condimento similar in all material respects to that the subject of *Paolo Alonge, Inc.* v. *United States* (38 Cust. Ct. 351, C.D. 1886), the claim of the plaintiffs was sustained.

DECEMBER 30, 1959

**No. 63671.**—Nanco, Incorporated *v.* United States, protest 236807–K.— Plaintiff's application for rehearing granted.